

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Rain Illarramendi, | § | No. 08-14-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| Echostar; Echosphere L.L.C.; Echostar Technologies L.L.C.; Echostar Satellite L.L.C., N/K/A. Dish Network, L.L.C. and Dish Network Service L.L.C., | § | of El Paso County, Texas |
| | § | (TC# 2010-2007) |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 23, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Byron Calderon, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 23, 2014.

IT IS SO ORDERED this 11th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.